JOSEPH N. ZLINKOFF, Individually and as Executor, etc., of FANNIE ZLINKOFF, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LUCILLE MURPHY and ALMA C. MURPHY, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of D'ARCY VAN BOKKELEN, as Administrator, etc., of LIBERTUS VAN BOKKELEN, Deceased, for a Decree Compelling the PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY IN THE CITY OF NEW YORK to Make Discovery of and Account for and Turn over to Said Administrator Certain Assets of Said Decedent.█ In the Matter of the Judicial Settlement of the Account of Proceedings of D'ARCY VAN BOKKELEN, as Administrator De Bonis Non, etc., of LIBERTUS VAN BOKKELEN, Deceased, and of the Application (1) That Certain Payments Be Adjudged Preferential, (2) That Petitioner's Rights in Certain Accounts be Determined, (3) That the Compensation of the Attorney Be Fixed, and (4) for Directions as to Surety. (Consolidated under Surrogate's Court Act, Section 65.) CARROLL G. WALTER, as Successor Administrator De Bonis Non, etc., of LIBERTUS VAN BOKKELEN, Deceased, Appellant; PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [169 Misc. 224.]

HERMAN LIPSCHITZ, Appellant, v. EUGENE J. SCHWABACH and Others, Trading as E. J. SCHWABACH & COMPANY, and CLIFFORD M. STOREY, Respondents. RUTH T. LOVETT, Appellant, v. EUGENE J. SCHWABACH and Others, Trading as E. J. SCHWABACH & COMPANY, and CLIFFORD M. STOREY, Respondents. MODERN HOMES, INC., Appellant, v. EUGENE J. SCHWABACH and Others, Trading as E. J. SCHWABACH & COMPANY, and CLIFFORD M. STOREY, Respondents. (Consolidated Appeals.) — Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JEANNE DE LA MAR, Appellant, v. RALPH MODJESKI, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., taking no part.

SAMUEL E. ANNIS, Respondent, v. GOTHAM KNITTING MILLS, INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

SAMUEL E. ANNIS, Respondent, v. GOTHAM KNITTING MILLS, INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

PSATY & FUHRMAN, INC., Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.